Entered: June 1st, 2018
Signed: May 31st, 2018

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| ADEBIMPE ABIMBOLA SONUGA | * | Case No. 17-12415 DER<br>Chapter 7 |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER AUTHORIZING THE CHAPTER 7 TRUSTEE TO EMPLOY AND RETAIN BK GLOBAL REAL ESTATE SERVICES AND LONG & FOSTER REAL ESTATE, INC. TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328 AND 330

Upon the Notice and Application of Brian A. Goldman, the Trustee in the above-captioned case ("Trustee"), to *Employ and Retain BK Global Real Estate Services and Long & Foster Real Estate, Inc. to Procure Consented Public Sale pursuant to 11 U.S.C. § § 327, 328 and 330* ("Application"), the Court having reviewed and considered the Notice, Application and the Affidavit of Disinterestedness and having found good and sufficient cause appearing therefor and the same to be in the best interest of Debtor and the creditors the Court hereby finds that:

    A.   The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157(b)(2).

    B.   Venue of this Chapter 7 case and the Application is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

    C.   Notice of the Application was sufficient under the circumstances.

Based upon the foregoing findings of fact, it is hereby

11

233804/21059.101

**ORDERED, ADJUDGED, AND DECREED** that:

1. The Application is hereby **GRANTED**.

2. Defined terms not otherwise defined herein have the meanings given to them in the Application and the Affidavit.

3. The Trustee is authorized to retain and compensate BKRES and local licensed Listing Agent to provide the necessary professional assistance and representation required by the Trustee to fulfill the Trustee's duties pursuant to 11 U.S.C. § 704 in order to procure Secured Creditor's Consent, and otherwise market and sell the Property, in Debtor's Chapter 7 case pursuant to Sections 327, 328(a) and 330 of the Bankruptcy Code, and Bankruptcy Rules 2014 and 2016, in accordance with the terms and conditions set forth in the BKRES Agreement, the Listing Agreement and this Order. BKRES and Listing Agent shall not split or otherwise share their fees with any other person or entity.

4. BKRES and Listing Agent are disinterested persons within the meaning of Bankruptcy Code Section 101(14).

5. BKRES and Listing Agent shall be compensated in accordance with the BKRES Agreement and Listing Agreement, respectively, and such compensation shall not hereafter be subject to challenge except under the standard of review set forth in Section 330 of the Bankruptcy Code.

6. BKRES and Listing Agent shall be authorized to receive and retain their fees from Secured Creditor at the successful closing of the sale of the Property without necessity of further order of the Court. The estate shall, in no circumstance, be obligated to compensate BKRES or Listing Agent in such event and BKRES and Listing Agent shall not have a claim against the estate for any unpaid amounts. BKRES and Listing Agent, and anyone claiming by, through or under

2338804/21059.101

either of them, shall only have recourse for recovering its fee to Secured Creditor. The estate shall have no liability for any such claim.

7. The Trustee is hereby authorized to engage Brokers BKRES and Listing Agent to provide reasonable and necessary property preservation, maintenance, and upkeep services to the subject estate Property to facilitate the sale of the Property for the benefit of the Secured Creditor(s) and bankruptcy estate, and to reimburse the Brokers in a maximum amount not to exceed $500.00 for the approved reasonable, necessary costs and expenses of preserving, or disposing of, the subject Property, without the need for further Order.

8. Notice of the Application was adequate and proper.

9. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

cc:

Office of the U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, Maryland 21201

Brian A. Goldman, Trustee
2330 West Joppa Road, Ste. 300
Lutherville, Maryland 21093

Ms. Adebimpe Abimbola Sonuga
35 Bright Sky Court
Owings Mills, MD 21117

Marc Robert Kivitz, Esquire
201 N. Charles Street
Suite 1330
Baltimore, MD 21201

Mr. Ronald M. Osher
Long and Foster Real Estate, Inc.
10801 Tony Drive
Lutherville Timonium, MD 21093

**END OF ORDER**