**SO ORDERED**

SO ORDERED, subject to the express written consent of Midfirst Bank.



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re: | * | |
| SONUGA, ADEBIMPE ABIMBOLA | * | Case No. 17-12415-DER |
| | | Chapter 7 |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING TRUSTEE'S MOTION TO (I) APPROVE A SHORT SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTRESTS PURSUANT TO 11 U.S.C. §§ 363(b), (f) and (m), (II) SURCHARGE AGREEMENT BETWEEN SECURED LENDER AND THE ESTATE, AND (III) OTHER RELIEF INCLUDING PAYMENT OF THE EXPENSES OF THE SALE**

*35 BRIGHT SKY COURT, OWINGS MILLS, MARYLAND 21117* (the "Property")

THIS Motion came up for hearing on April 22, 2019, for the Court to consider the **CHAPTER 7 TRUSTEE'S MOTION TO (I) APPROVE A SHORT SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTRESTS PURSUANT TO 11 U.S.C. §§ 363(b), (f) and (m), (II) SURCHARGE AGREEMENT BETWEEN SECURED LENDER AND THE ESTATE, AND (III) OTHER RELIEF** filed by the duly appointed Chapter 7 Trustee, Brian Goldman (the "Trustee").

For the reasons set forth in the Motion and stated on the record at the hearing, and after being fully advised as to the details regarding the proposed sale of the subject Property, it is hereby:

**ORDERED** as follows:

1.  The notice of the Motion is approved as proper and adequate under the circumstances.

2.  The Motion is GRANTED. The Trustee is authorized to sell the Property located at *35 BRIGHT SKY COURT, OWINGS MILLS, MARYLAND 21117* for $163,000.00, conditioned on the consent of its lienholder(s), and in accordance with the terms provided for in the Motion.

3.  The "Real Property" is legally described as:

BEING KNOWN AND DESIGNATED AS LOT NUMBERED ONE HUNDRED SEVENTEEN (117) AS SHOWN ON A PLAT ENTITLED "AMENDED PLAT A, SUMMER WOODS, (PREVIOUSLY RECORDED AS "PLAT A, SUMMER WOODS" IN PLAT BOOK S.M. 68/99)" WHICH PLAT IS RECORDED AMONG THE LAND RECORDS OF BALTIMORE COUNTY, MARYLAND IN PLAT BOOK S.M. 71, FOLIO 79, THE IMPROVEMENTS THEREON BEING KNOWN AS 35 BRIGHT SKY COURT, OWINGS MILLS, MARYLAND 21117.

4.  The Trustee is authorized to pay the secured mortgage lender, (also known as "Secured Creditor") the full amount of its lien as of the date of closing or other amount agreeable to the Secured Creditor to release their lien.

5.  The Trustee is authorized to take any all actions and to execute any all documents necessary and appropriate to effectuate and consummate the terms of said sale, including, executing a deed conveying the interests of the Debtor in the Real Property to the Buyer pursuant to the subject Purchase and Sale Agreement.

6.  Pursuant to 11 U.S.C. §363(f) of the Bankruptcy Code, effective upon closing, the sale of the Real Property will vest in the Buyer all right, title and interest of the Debtor and the bankruptcy estate in the Real Property, free and clear of the liens, claims or interests listed below (collectively, the "Affected Interests"):

1. Adebimpe Abimbola Sonuga (Debtor)
2. MidFirst Bank/Midland Mortgage (First Mortgage Lienholder)
3. Summerwoods Townhome Homeowners Association (HOA)

7. This Order is and shall be effective as a determination that, upon and subject to the occurrence of the closing of the sale, all Affected Interests have been and hereby are adjudged and declared to be unconditionally released as to the Real Property.

8. The Buyer has not assumed any liabilities of the Debtor.

9. <u>Authorized Disbursements at Closing</u>:  The Trustee, and any escrow agent upon the Trustee's written instruction, shall be authorized to make such disbursements from the seller's side of the transaction on or after the closing of the sale as are required by the purchase agreement or order of this Court, including, but not limited to, (a) all delinquent real property taxes and outstanding post-petition real property taxes pro-rated as of the closing with respect to the Property included among the purchased assets; (b) the amount of homeowners association, neighborhood association and property management services which are a lien or charge on the Property, and (c) other anticipated closing costs and costs of sale (estimated below):

| | |
|---|---|
| Total Sales/Brokers Commission: | |
| 2% to Long & Foster Real Estate | $3,180.00 |
| 2% to Integrity Property Services | $3,180.00 |
| 2% to BK Global Real Estate Services | $3,180.00 |
| Bankruptcy Estate Fee to B. Goldman, as Trustee for the Estate | $8,150.00 |

Without further order of the Court, the Trustee is authorized to pay closing costs in amounts different than the estimated amounts described above so long as they are within industry standard and with the consent of the lienholder, Secured Creditor and applicable homeowners association(s) and the Trustee is authorized to pay necessary per diem alterations for disbursements that are subject to a per diem calculation.  Further, as part of the closing process, the closing agent and any escrow agent making disbursements of the proceeds of the sale is permitted and directed to make disbursements to the bankruptcy estate of the debtor(s) as provided in paragraph 14 of this Order.

10. Except as otherwise provided in the Motion, the Property shall be sold,

transferred, and delivered to Buyers on an "as is, where is" or "with all faults" basis.

11. Buyer is approved as a buyer in good faith in accordance with Section 363(m) of the Bankruptcy Code, and Buyer shall be entitled to all protections of Section 363(m) of the Bankruptcy Code.

12. This Court retains jurisdiction to enforce and implement the terms and provisions of this Order and the purchase agreement, all amendments thereto, any waivers and consents thereunder, and each of the documents executed in connection therewith in all respects, including retaining jurisdiction to (a) compel delivery of the Property to the Buyer(s), (b) resolve any disputes arising under or related to the purchase agreement, and (c) resolve any disputes regarding liens, claims, or interests asserted against the Property.

13. The purchase and sale agreement and any related documents or other instruments may be modified, amended or supplemented by the parties thereto, in a writing signed by both parties without further order of the Court, provided that any such modification, amendment or supplement does not have a material adverse effect on the Debtors' bankruptcy estate.

14. The Court specifically determines that property of the bankruptcy estate as defined in 11 U.S.C. §541 includes all funds remaining after authorized closing disbursements are made ("Remaining Funds"). The closing agent and any escrow agent making disbursements of the proceeds of the sale is permitted and directed to remit to the Trustee such Remaining Funds as part of the closing process.

cc:

United States Trustee
101 W. Lombard Street
Suite 2625
Lutherville, MD 21093

Adebimpe Abimbola Sonuga
9 Phlox Circle, Apt. I
Owings Mills, MD 21117

Patrick Butler
BK Global Real Estate Services
1095 Broken Sound Parkway, NW
Suite 200
Boca Raton, FL 33487

Ronald M. Osher
Long & Foster Real Estate, Inc.
10801 Tony Drive
Timonium, MD 21093

| | |
|---|---|
| Mark Robert Kivitz, Esq.<br>201 N. Charles Street<br>Suite 1330<br>Baltimore, MD 21201 | Maria Johnston<br>Integrity Property Services<br>8906 Clement Ave. #200<br>Parkville, MD 21234 |
| Brian A. Goldman<br>Goldman & Goldman, P.A.<br>2330 West Joppa Road<br>Suite 300<br>Lutherville, MD 21093 | Dipak Dalwadi<br>407 Kendig Mill Road<br>Owings Mills, MD 21117<br><br>MidFirst Bank/ Midland Mortgage<br>P.O. Box 26648<br>Oklahoma City, OK 73126-0648 |
| Summerwoods Townhome Homeowners Association<br>c/o Michael S. Neall, Esquire<br>147 Old Solomons Island Road, Suite 400<br>Anapolis, MD 21401 | Jeremy K. Fishman, Esquire<br>1401 Rockville Pike, Suite 650<br>Rockville, MD 20852 |

**END OF ORDER**